IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01169-WYD-BNB

GLORIA ESPINOZA and
ROBERT ESPINOZA,

      Plaintiff(s),

v.

STATE FARM FIRE AND CASUALTY COMPANY,

      Defendant(s).

## ORDER OF DISMISSAL WITH PREJUDICE

      THIS MATTER comes before the Court on the parties Stipulated Motion for Dismissal With Prejudice [# 14], filed December 14, 2006.  After careful review of the file, the Court has concluded that the motion should be approved and that Plaintiffs' claims against the Defendant should be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

      ORDERED that the Stipulated Motion for Dismissal With Prejudice [# 14] is **APPROVED**.  It is

      FURTHER ORDERED that Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.  It is

      FURTHER ORDERED that the Settlement Conference scheduled for **January 18, 2007, is VACATED.**

Dated: January 2, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge